BEFORE THE SECOND DIVISION, DECEMBER 15, 1964

**No. 68952.**—Vanguard Military Equipment Co. *v.* United States, protests 61/10409, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of military insignia similar in all material respects to those involved in Abstract 66583, the claim of the plaintiff was sustained.

**No. 68953.**—Lanston Monotype Division *v.* United States, protest 63/8449 (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monophoto machines or parts thereof similar in all material respects to those the subject of *Lanston Industries, Inc.* v. *United States* (49 CCPA 123, C.A.D. 807), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 16, 1964

**No. 68954.**—Knickerbocker Plastic Co., Inc. *v.* United States, protest 59/10609 (B) (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

**No. 68955.**—Manca, Inc. *v.* United States, protest 63/1880 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the articles in question are not essential for the operation of a microscope, can be used with items other than microscopes, and that they are articles in chief value of metal, the claim of the plaintiff was sustained.